UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROMINA KOLAJ,<br><br>               Petitioner,<br><br>       -v.-<br><br>TODD BLANCHE et al.,<br><br>               Respondents. | 26 Civ. 5476 (JHR)<br><br>ORDER TO ANSWER |

JENNIFER H. REARDEN, District Judge:

Upon consideration of Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, it is hereby ORDERED that:

1. By **July 6, 2026**, pursuant to 28 U.S.C. § 2243, Respondents must "show cause why the writ should not be granted."

2. By **July 10, 2026**, Petitioner shall file any reply.

3. The parties shall reserve **July 14, 2026** at **12:15 p.m.** for a hearing on the Petition.

If Petitioner is detained, counsel for Respondents shall file a letter informing the Court forthwith.

**The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York, at the following emailing address: jeffrey.oestericher@usdoj.gov, that this Order has been issued.**

Dated: June 30, 2026
      New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge