**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 15, 2026

By **July 16, 2026**, counsel for Respondents shall clarify the date of Petitioner's scheduled check-in with ICE.

SO ORDERED.
Jennifer H. Rearden
Jennifer H. Rearden, U.S.D.J.
Dated: July 16, 2026

**By ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Kolaj v. Blanche, et al.,* No. 26 Civ. 5476 (JHR)

Dear Judge Rearden:

This Office represents the government in the above-referenced immigration habeas corpus action. On July 15, 2026, the Court issued an order directing the government to inform the Court whether Petitioner is currently detained, and if not, to provide the date of Petitioner's next check-in with ICE. ECF No. 19. I write to respectfully provide that response.

Petitioner is not currently detained. Petitioner failed toreport to ICE on July 13. She is scheduled to check in with ICE on June 23, at which time ICE intends to detain her.

I thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: s/ *Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (646) 906-5441
E-mail: tudor.neagu@usdoj.gov
*Attorney for Respondents*

cc: Petitioner Pro Se (by email)